FRANK E. FONSWORTH, JR., ET AL. *v.*
STEVEN B. SUDOL ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 19 Conn. App. 368, is denied.

*Susan K. Smith,* in support of the petition.

*Grant H. Miller, Jr.,* in opposition.

Decided October 12, 1989

MYRON CHOMKO *v.* IRA PATMON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 483, is denied.

*Laurence V. Parnoff,* in support of the petition.

Decided October 12, 1989

WALTER A. HANSTED *v.* SAFECO INSURANCE
COMPANY OF AMERICA

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 515, is denied.

*Matthew E. Frechette,* in support of the petition.

Decided October 12, 1989

BOARD OF PARDONS *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The defendant Freedom of Information Commission's petition for certification for appeal from the Appellate Court, 19 Conn. App. 539, is denied.

*Victor R. Perpetua,* commission counsel, in support of the petition.

*Henri Alexandre,* assistant attorney general, in opposition.

Decided October 12, 1989